IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
DEC 3 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:24CR169SNLJ-ACL |
| ) Case No. | |
| vs. ) | |
| ) | |
| DANNY PAUL CRAIG, ) | Title 18 U.S.C. §2250 |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Beginning at a time unknown to the Grand Jury but including on or about July 30, 2024, in Carter County, within the Southeastern Division of the Eastern District of Missouri, and elsewhere,

**DANNY PAUL CRAIG,**

the defendant herein, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register as required by the Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY